Ronald E. Stadtmueller, Chapter 13 Trustee  Check No. 699461
Pay to: CLERK  Clerk of the Court
Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 04-20468 | 007-0 | KENNETH DUANE PERKINS<br>Original Check written to:<br>CAPITAL ONE BANK<br>PO BOX 85167<br>RICHMOND, VA 23285- | xxxxxxxxxxxx8362 | 281.90 | 1.67 | 0.00 | 1.67 |
| 04-61856 | 008-1 | IRVIN EDISON FISER JR<br>Original Check written to:<br>KEY BANK<br>2 GATEHALL DR<br>PARSIPPANY, NJ 07054 | xxxxxxxxx8701 | 2,093.67 | 39.21 | 0.00 | 39.21 |
| 04-62107 | 007-0 | STANLEY WAYNE BENSON<br>Original Check written to:<br>CHEVY CHASE BANK<br>101 CENTRE PORT # 400<br>GREENSBORO, NC 27409 | xxxxxx0455 | 9,119.08 | 911.03 | 0.00 | 911.03 |
| 04-62629 | 008-0 | JERRY O LUSTER<br>Original Check written to:<br>SFC-CENTRAL BANKRUPTCY<br>652 BUSH RIVER RD # 206<br>COLUMBIA, SC 29210 | xxxxxx0581 | 273.87 | 39.33 | 0.00 | 39.33 |
| 05-60022 | 009-0 | EDGAR MELVIN KING JR<br>Original Check written to:<br>VAN ZANDT CAD<br>C/O LINEBARGER ET AL<br>2323 BRYAN ST #1600<br>DALLAS, TX 75201 | xx1639 | 80.24 | 569.91 | 0.00 | 569.91 |
| 07-20067 | 003-0 | MARY HELEN FLANAGAN<br>Original Check written to:<br>HARRISON CAD<br>C/O MCCREARY ET AL<br>P O BOX 1269<br>ROUND ROCK, TX 78680- | xxxxxx6766 | 152.79 | 814.27 | 106.37 | 920.64 |
| 07-20067 | 004-0 | MARY HELEN FLANAGAN<br>Original Check written to:<br>HARRISON COUNTY<br>C/O MCCREARY ET AL<br>PO BOX 1269<br>ROUND ROCK, TX 78680- | xxxxxx6766 | 23.11 | 35.14 | 2.32 | 37.46 |